UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Weiss, et al.,

                          Plaintiff(s),

               -against –

Experian Information Solutions, Inc., et al.,
                          Defendant(s).
-----------------------------------------------------------X

                                            **O R D E R**

                                   7:22-CV-01887 (CS)

Seibel, J.

       It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Equifax Information Services, LLC.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Equifax Information Services, LLC.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated: June 3, 2022

       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.