UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Weiss, et al.,

       Plaintiff(s),

  -against –

TransUnion, LLC, et al.,

       Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-01887 (CS)

<u>Seibel, J.</u>

 It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

 **SO ORDERED**.

Dated: August 15, 2022
  White Plains, New York

              _____
               CATHY SEIBEL, U.S.D.J.