UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Weiss et al,

                            Plaintiff(s),

                  -against –

Trans Union, LLC. et al,

                         Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-01887 (CS)

Seibel, J.

       It having been reported to this Court that the claims in this case have been settled **(as only to Defendant American Honda Finance, Corporation)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant American Honda Finance, Corporation)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As the settlement disposes of the claims as to the only remaining Defendant, the Clerk shall close the case.**

       **SO ORDERED**.

Dated: January 4, 2023

       White Plains, New York

_Cathy Seibel_

_____

CATHY SEIBEL, U.S.D.J.